PILLSBURY WINTHROP SHAW PITTMAN LLP
CAROLYN S. TOTO (SBN 233825)
carolyn.toto@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:  (213) 488-7100
Facsimile:   (213) 629-1033

PILLSBURY WINTHROP SHAW PITTMAN LLP
SAMUEL V. EICHNER (*pro hac vice*)
sam.eichner@pillsburylaw.com
31 West 52nd St.
New York, NY 10019
Telephone:  (212) 858-1154
Facsimile:   (212) 858-1500

Attorneys for Plaintiff
OLIVET UNIVERSITY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVET UNIVERSITY,<br><br>              Plaintiff,<br><br>   vs.<br><br>OLIVET COLLEGE,<br><br>              Defendant. | Case No. 5:23-cv-00117-SSS-SHK<br><br>**PLAINTIFF OLIVET UNIVERSITY'S NOTICE OF DISMISSAL** |

Plaintiff Olivet University and Defendant Olivet College have settled their respective claims and defenses.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff

hereby dismisses all claims against Defendant without prejudice. Each of the parties will bear its own costs and attorneys' fees.

DATED: May 8, 2023

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: _____/s/ Carolyn S. Toto_____
Carolyn S. Toto
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
carolyn.toto@pillsburylaw.com
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Samuel V. Eichner (*pro hac vice*)
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1154
Facsimile: (212) 858-1500
sam.eichner@pillsburylaw.com

Attorneys for Plaintiff
OLIVET UNIVERSITY